FILED
APR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PERRY BACKES

        Plaintiff,

vs.

Ben Curry, Warden; Board of Parole Hearings; Gov. A. Schwarzenegger

        Defendant.

CASE NO. CV 08 2004 MMC (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, PERRY BACKES, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No XX

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Year 1982  I do not recall my last employment.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment                             Yes ___ No XX

b. Income from stocks, bonds, or royalties?                            Yes ___ No XX

c. Rent payments?                                                      Yes ___ No XX

d. Pensions, annuities, or life insurance payments?                    Yes ___ No XX

e. Federal or State welfare payments, Social Security or other government source?   Yes ___ No XX

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?                                                    Yes ___ No XX

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.  a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____  - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?    Yes ____ No XX
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?              Yes ____ No XX
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account?  Yes ____ No XX  (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes XX No ____ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No XX
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ N/A _____ Utilities: N/A _____
23 Food: $ N/A _____ Clothing: N/A _____
24 Charge Accounts:  N/A
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____    $ _____    $ _____
27 _____    $ _____    $ _____
28 _____    $ _____    $ _____ 9. Do

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 3 -

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  From 5/17/2006   Medical Device hold   $ 6.50 to C.D.C.R.
4  From 6/04/2007   Legal Mail Postage hold   $ 5.05 to C.D.C.R.
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ____ No XX
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

16 March 27, 2008                    *Perry Backes*
                                     Perry Backes
17    DATE                           SIGNATURE OF APPLICANT
                                     In Pro Per

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

BACKES C58738 for the last six months at
[prisoner name]

CORRECTIONAL TRAINING FACILITY where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 0 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 0 .

Dated: 4-8-08     Brenda Nation Acct Technician
                  /Authorized officer of the institution

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-8-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Nation
   TRUST OFFICE
   Acct Technician

4

|     |                                                                                                      |
| --- | ---------------------------------------------------------------------------------------------------- |
| 1   |                                                                                                      |
| 2   | Case Number: _____                                                                          |
| 3   |                                                                                                      |

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __PERRY BACKES C-58738__ for the last six months at

[prisoner name]

__CORRECTIONAL TRAINING FACILITY__ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ___ZERO___ and the average balance in the prisoner's account each month for the most recent 6-month period was $__-11.55__.

Dated: __March__, 2008        _____

[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030  .701                                                      REPORT DATE: 04/02/08
                                                                             PAGE NO:           1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                   CTF SOLEDAD/TRUST ACCOUNTING
                                   INMATE TRUST ACCOUNTING SYSTEM
                                   INMATE TRUST ACCOUNT STATEMENT

                           FOR THE PERIOD: NOV. 03, 2007 THRU APR. 02, 2008

ACCOUNT NUMBER  : C58738                       BED/CELL NUMBER: CFBWT200000243U
ACCOUNT NAME    : BACKES, PERRY ALLEN          ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                            TRUST ACCOUNT ACTIVITY

                     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                               CURRENT HOLDS IN EFFECT

 DATE      HOLD
 PLACED    CODE       DESCRIPTION            COMMENT           HOLD AMOUNT
 -------   ----       -----------            -------           -----------
 06/04/2007 H107      POSTAGE HOLD           3667 POST                5.05

                               TRUST ACCOUNT SUMMARY

 BEGINNING       TOTAL         TOTAL         CURRENT       HOLDS         TRANSACTIONS
 BALANCE         DEPOSITS      WITHDRAWALS   BALANCE       BALANCE       TO BE POSTED
 ---------       --------      -----------   -------       -------       ------------
      0.00          0.00           0.00         0.00          5.05              0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                                  5.05-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-8-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
     TRUST OFFICE
     Acct Technician

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

```
REPORT ID: TS3030  .701                                          REPORT DATE: 01/08/08
                                                                 PAGE NO:         1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CTF SOLEDAD/TRUST ACCOUNTING
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 08, 2008

ACCOUNT NUMBER : C58738                       BED/CELL NUMBER: CFBWT2000000243L
ACCOUNT NAME   : BACKES, PERRY ALLEN          ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                               TRUST ACCOUNT ACTIVITY

 << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                             CURRENT HOLDS IN EFFECT
   DATE        HOLD
  PLACED       CODE            DESCRIPTION                COMMENT       HOLD AMOUNT
  ----------   ----    -------------------------------   ----------     -----------
  05/17/2006   H104    DAMAGES HOLD                      4164 MED             6.50
  06/04/2007   H107    POSTAGE HOLD                      3667 POST            5.05

                              TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL         TOTAL         CURRENT        HOLDS       TRANSACTIONS
  BALANCE        DEPOSITS    WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED
  ---------     ---------    -----------     ---------     ---------     ------------
    0.00          0.00          0.00           0.00          11.55          0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                               11.55-
```