IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PERRY BACKES,

        Petitioner,

v.

BEN CURRY, Warden,

        Respondent.
_____/

No. CV-08-2004 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED T**he petition for a writ of habeas corpus is hereby DENIED. A certificate of appealability is hereby DENIED.

Dated: April 11, 2011

        Richard W. Wieking, Clerk

        By: Tracy Lucero
        Deputy Clerk